# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOHN DOE | **NOTICE** |
| v. | Case Number: 19-CV-388-JPS |
| MARIAN UNIVERSITY INC. | |

| Type of case: | ☑ CIVIL | ☐ CRIMINAL |
|---|---|---|

Take notice that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE:<br>Federal Courthouse<br>517 E. Wisconsin Ave.<br>Milwaukee, Wisconsin | ROOM NO.: 425 |
|---|---|
| | DATE AND TIME: THURSDAY, APRIL 11, 2019 at 9:30 AM |

TYPE OF PROCEEDING:

## RULE 16 SCHEDULING CONFERENCE

In order that this case move forward in a timely manner, counsel for the parties are directed to file a joint Rule 26 plan on or before **April 8, 2019**; such report to include cutoff dates within which to complete various pretrial tasks in order that this case be concluded on or before **April 1, 2020**, including trial, if necessary.

To accommodate counsel's schedule, appearances may be made by telephone; however, neither cell phones nor calls made over a speaker phone may be used, as both technologies are incompatible with the court's sound/teleconferencing equipment.

The court will initiate the call. Therefore, if appearing by telephone, counsel must notify the court at 414-297-1122, in advance, of the direct number at which they may be reached.

| | STEPHEN C. DRIES |
|---|---|
| | Clerk of Court |
| March 21, 2019 | s/ Jodi L. Malek |
| Date | (By) Deputy Clerk |