IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
(Milwaukee Division)

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> MARIAN UNIVERSITY, <br><br> Defendants. | Civil Action No. 19-cv-388 |

## MOTION TO EXTEND THE DISCLOSURE OF AN EXPERT WITNESS

Plaintiff John Doe moves this Court to enter an order pursuant to Federal Rule of Civil Procedure 6(b) extending the time to disclose from September 16, 2019 to October 15, 2019. Plaintiff posits there is good cause for this Court to extend the deadline of the expert witness disclosure because Plaintiff was conducting depositions the week prior to the deadline. During that time, Defendant Marian University produced to Plaintiff documents responsive to Plaintiff's first request for production of documents, well after the response time. Moreover, other information was learned during the depositions that indicated a need for expert testimony. Thus, Plaintiff discovered the necessity of an expert witness, merely days before the expert deadline. Plaintiff timely met and conferred with Defendant to extend the deadline. Defendant declined, necessitating this motion. Plaintiff files contemporaneously a memorandum and an exhibit in support of this motion.

DATED: September 30, 2019          Respectfully submitted,

                                              By: /s/ Jesse R. Binnall
                                              Harvey & Binnall, PLLC
                                              Jesse R. Binnall, VSB No. 79292
                                              Lindsay R. McKasson, CSB No. 293144
                                              717 King Street, Suite 300
                                              Alexandria, Virginia 22314
                                              Telephone: (703) 888-1943
                                              Facsimile: (703) 888-1930
                                              Email: jbinnall@harveybinnall.com
                                                                    lmckasson@harveybinnall.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record.

By: /s/ Jesse R. Binnall
Harvey & Binnall, PLLC
Jesse R. Binnall, VSB No. 79292
Lindsay R. McKasson, CSB No. 293144
717 King Street, Suite 300
Alexandria, Virginia 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930
Email: jbinnall@harveybinnall.com
lmckasson@harveybinnall.com