# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOHN DOE,

        Plaintiff,

v.

MARIAN UNIVERSITY, INC.,

        Defendant.

Case No. 19-CV-388-JPS

**ORDER**

      On September 30, 2019, Plaintiff filed a motion to extend time to designate an expert witness from September 16, 2019 to October 15, 2019. (Docket #25). This is not, as Plaintiff points out, a filing deadline, but a discovery deadline that was agreed to by the parties in their Joint Rule 26(f) Report. (Docket #26 at 1; Docket #7 at 2). Plaintiff explains that various exigencies, including Defendant's delay in fulfilling certain discovery obligations, contribute to the need to extend the deadline. *See* (Docket #26 at 2–3).

      The parties are obliged to conduct discovery in accordance with the Federal Rules of Civil Procedure against the backdrop of the Court's trial scheduling order. (Docket #10). At the scheduling conference, the Court provided the parties with a series of dates limited to dispositive motion practice and trial of the case while encouraging the parties and their counsel to work together in good faith to develop all other discovery-related deadlines. (Docket #9). In keeping with that guidance, the Court will not become involved in refereeing disputes related to self-imposed cutoff dates not otherwise specifically addressed in the Court's trial scheduling order court.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to extend the time for designation of expert witnesses (Docket #25) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 8th day of October, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge