UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN - MILWAUKEE DIVISION

JOHN DOE,

      Plaintiff,

v.                                                                                   Case No. 2:19-cv-00388-JPS

MARIAN UNIVERSITY,

      Defendant.

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the Defendant, Marian University, by its attorneys, Axley Brynelson, LLP, by Attorneys Lori M. Lubinsky and Danielle Baudhuin Tierney, and hereby moves the Court pursuant to Federal Rule of Civil Procedure 56, for summary judgment in favor of Defendant. This Motion for Summary Judgment is supported by the accompanying Brief in Support of Defendant's Motion for Summary Judgment, Defendant's Proposed Findings of Fact, supporting declarations, and the pleadings of record.

Dated this 15th day of October, 2019.

                                                                       *s/ Danielle Baudhuin Tierney*
                                                                       Lori M. Lubinsky, SBN: 1027575
                                                                       Danielle Baudhuin Tierney, SBN:1096371
                                                                       Attorneys for Defendant
                                                                         Marian University
                                                                       AXLEY BRYNELSON, LLP
                                                                       Post Office Box 1767
                                                                       Madison, WI 53701-1767
                                                                       Telephone: (608) 257-5661
                                                                       Email: llubinsky@axley.com
                                                                              dtierney@axley.com