# Placeholder

# The Hunting Ground (DVD)