IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
(Milwaukee Division)

| | |
|---|---|
| JOHN DOE, | |
| Plaintiff, | |
| v. | Civil Action No. 19-cv-388 |
| MARIAN UNIVERSITY, | |
| Defendant. | |

## PLAINTIFF'S MOTION TO RESTRICT DEPOSITION TRANSCRIPTS AND ACCOMPANYING EXHIBITS

Plaintiff John Doe hereby moves the Court for an order sealing all confidential exhibits and deposition exhibits filed by Plaintiff in support of his Opposition to Defendant's Motion for Summary Judgment (Dkt. 43) to be viewable by the Honorable J.P. Stadtmueller and the attorneys of record who have appeared in this matter. In support hereto, Plaintiff states as follows:

1. A Consent Motion for Protective Order was filed by counsel for both parties on June 3, 2019. [Dkt, 18.]

2. The Court issued a Protective Order on June 17, 2019. [Dkt. 23.]

3. The Protective Order allowed for parties to designate depositions confidential. [Dkt.23.]

4. The Protective Order ordered the parties to file confidential material under seal with the Court. [Dkt.23.]

1

5. The depositions and accompanying exhibits previously filed with this Court in support of Defendant's Motion for Summary Judgment were designated as confidential because the Plaintiff and Complainant's names were used in the depositions. [*See, generally,* Dkt. 30-36.] These documents were previously e-filed as restricted to parties of record pursuant to the Protective Order issued by this Court.

6. Similarly, the confidential exhibits and deposition exhibits in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment were e-filed as restricted to parties of record pursuant to the Protective Order issued by this Court.

7. Plaintiff respectfully requests that the confidential exhibits and deposition exhibits filed at Docket Nos. 43-2 – 43-31, 43-33, 43-37 – 43-38, 43-40 – 43-44 be restricted for reviewing by the Honorable J.P. Stadtmueller and the attorneys of record who have appeared in this matter.

Dated: November 14, 2019.                    Respectfully submitted,


                                              /s/ Jesse R. Binnall_____
                                              HARVEY & BINNALL, PLLC
                                              Jesse R. Binnall, VSB No. 79292
                                              Lindsay R. McKasson, CSB No. 293144
                                              717 King Street, Suite 300
                                              Alexandria, VA 22314
                                              Tel: (703) 888-1943
                                              Fax: (703) 888-1930
                                              jbinnall@harveybinnall.com
                                              lmckasson@harveybinnall.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2019, I filed the foregoing using the Clerk's CM/ECF

system, which will provide notice to all counsel of record.


By: /s/ Jesse R. Binnall
   Harvey & Binnall, PLLC
   Jesse R. Binnall, VSB No. 79292
   Lindsay R. McKasson, CSB No. 293144
   717 King Street, Suite 300
   Alexandria, Virginia 22314
   Telephone: (703) 888-1943
   Facsimile: (703) 888-1930
   Email: jbinnall@harveybinnall.com
   lmckasson@harveybinnall.com

   *Counsel for Plaintiff, John Doe*