# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

January 6, 2020

Jesse R Binnall
Harvey & Binnall PLLC
717 King St - Ste 300
Alexandria, VA 22314

Danielle Baudhuin Tierney
Axley Brynelson LLP
Manchester Place
2 E Mifflin St - Ste 200
PO Box 1767
Madison, WI 53703

Re: **Doe v. Marian University**
**Case No. 19-CV-388**

Dear Counsel:

I received the defendant's proposed Bill of Costs in the above case. In order to dispose of this matter without a hearing, I am asking plaintiff to advise me in writing on or before **January 21, 2020** whether there are objections to any of the costs.

If there are no objections to the proposed costs, plaintiff should promptly notify the court in writing, with a copy to opposing counsel.

If plaintiff does file an objection, it should be accompanied by a brief memorandum. Defendant will have until **January 28, 2020** to file a response and any reply by plaintiff should be filed on or before **February 4, 2020**. The matter will then be decided on the written memoranda. Thank you for your cooperation.

Very truly yours,

STEPHEN C. DRIES
Clerk of Court

By: *s/ Amanda S. Chasteen*
Deputy Clerk