

January 21, 2020

Stephen C. Dries
Clerk, U.S. District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave, Room 362
Milwaukee, WI 53202

    **RE:** *Doe v. Marian University*
          *Case No. 19-cv-388*

Dear Mr. Dries,

This letter serves as John Doe's response to your letter of January 6, 2020 regarding the defendant's proposed Bill of Costs. Mr. Doe does not object to the proposed Bill of Costs.

Please contact me if you need any additional information.

                                            Very truly yours,

                                            Jesse R. Binnall
                                            Counsel for John Doe

cc: D. Tierney, Esq., Counsel for Defendant (via ECF)

(703) 888-0943   (703) 888-8930 (Fax)   717 King Street, Suite 300 Alexandria, VA 22314