IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
(Milwaukee Division)

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>v.<br><br>MARIAN UNIVERSITY,<br><br>   Defendant. | Civil Action No. 2:19-cv-00388-JPS |

## NOTICE OF APPEAL

Plaintiff John Doe, by counsel, and pursuant to Fed. R. App. Rules 3 and 4, gives notice of its appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment of this case entered on December 31, 2019 (Dkt No. 59) and order granting summary judgment entered on December 31, 2019 (Dkt No. 58).

Dated: January 30, 2020          By: /s/ Jesse R. Binnall
                                                   Harvey & Binnall, PLLC
                                                   Jesse R. Binnall, VSB No. 79292
                                                   717 King Street, Suite 300
                                                   Alexandria, Virginia 22314
                                                   Telephone: (703) 888-1943
                                                   Facsimile: (703) 888-1930
                                                   Email: jbinnall@harveybinnall.com
                                                   *Counsel for Plaintiff, John Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2020, I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record.

By: /s/ Jesse R. Binnall
Harvey & Binnall, PLLC
Jesse R. Binnall, VSB No. 79292
717 King Street, Suite 300
Alexandria, Virginia 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930
Email: jbinnall@harveybinnall.com
*Counsel for Plaintiff, John Doe*