# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO TRANSMIT SUPPLEMENTAL RECORD ON APPEAL

September 1, 2020

| | |
|---|---|
| No. 20-1165 | TREVOR JOHNSON,<br>Plaintiff - Appellant<br><br>v.<br><br>MARIAN UNIVERSITY,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:19-cv-00388-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller |

Pursuant to Circuit Rule 11(b), the clerk of the district court is directed to prepare, certify, and transmit: Exhibit #43-32, FF.

These record items shall be transmitted to this court immediately for use in the above named appeal. If these items are not currently in the clerk's possession, then the district court clerk shall contact the appropriate parties, who must tender copies to the clerk immediately.

form name: **c7_NoticeTransSupROA**(form ID: **117**)